UNITED STATES OF AMERICA

_____ COURT

NO.

**CHRISTOPHER MACKEY**

)
)
)
V )
)
**COMMONWEALTH** )
**OF** )
**MASSACHUSETTS** )

FILED IN CLERKS OFFICE 2020 NOV 19 PM 1:27 U.S. DISTRICT COURT DISTRICT OF MASS.

<u>**PETITION FOR WRIT OF HABEAS CORPUS**</u>

Now comes **CHRISTOPHER MACKEY**, PETITONER in the above named action, and states as follows: that he is presently held in custody at the Bridgewater State Hospital, 20 Administration Rd, Bridgewater MA 02324 ~~Middlesex Jail and House of Correction, 269 Treble Cove Road, Billerica MA 01862~~; that a hearing has been scheduled in the above matter for _____; that his presence is necessary to a proper adjudication of the above named case.

WHEREFORE, the petitioner requests that the justices of this Court issue a **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** to the Superintendent of the above named institution, ordering him to bring the defendant before the Court on the date so assigned by the Court until his presence is no longer required.

Respectfully submitted,

_____     11/10/2020
                              Date

~~Billerica House of Correction~~
~~269 Treble Cove Road~~
~~Billerica MA 01862~~

Bridgewater State Hospital
20 Administration Road
Bridgewater, Massachusetts 02324