Christopher Mackey
    Plaintiff,

vs.

Commonwealth of Massachusetts
    Defendant,

FILED IN CLERKS OFFICE
2020 NOV 19 PM 1:26
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
For the District of Massachusetts

Request for Removal Pursuant to U.S.C 28 Chapter 89 § 1443

I, Christopher Mackey, now the defendant in a criminal case out of Newton District Court had previously filed a request to remove 3 Harassment Prevention Orders Violations from Concord District Court to the United States District Court for the District of Massachusetts pursuant to U.S.C. 28 Chapter 89 §1443 on July 29th of 2020. On that same day I was arrested by several Newton Police officers in relation to violating my terms and conditions of probation in a case involving a void restraining order thus leading to a void warrant. The warrant for my arrest was issued on July 20th of 2020 and the day they arrested me was also the same day that 6 counts of Assault w/ a Dangerous

on Police officers were made up. There are Multiple videos of the incident and no assaults took place whatsoever. In one of them a police officer that earlier said that I called my Civil Rights complaint a Manifesto said that he didnt say that / I didnt refer to it as one. I was in my truck and refused to get out when they came to arrest me and I said I was coming out as soon as the Police Officers proceeded to arrest me. I was not aggressive or resisting, I was stepping out calmly and several police officers tried throwing me on the ground. In the arraignment on those criminal charges the Assistant District Attorney said "Settle."

Reasons for Removal

1. This is a Discrimination case against Salem State University and now the Commonwealth of Massachusetts (People w/ disabilities have equal protection under U.S.C. 28 chapter 89 § 1443.

2. These are the second set of false charges / charges with no cognizable claim filed against me in a 6 month period. They are both related to my Discrimination case,

3. The Commonwealth is/has been enforcing the Void Judgement (258 HPO) and this is known by not only Concord District Court but also Newton District Court. This, Along with the fact that the Newton Cops made up criminal charges.

4. Judge Moore of Newton District Court stated that U.S.C. 28 Chapter 89 §1443 didn't apply to the Newton Criminal Case. She was made aware the Criminal charges are false by an Officer of the court.

5. I will not be able to get proper treatment for my ADHD or Borderline P/D while I am In the Custody of the state. (My ADHD now requires Stimulant Medications and the only treatment for Borderline Personality Disorder is therapy).

6. Dr. Novac agreed with me in a short Zoom meeting that I was competent to stand trial and never mentioned anything to me in the Zoom Psych screen hearing about me being aggressive until Court. My Billerica House of Corrections Medical and psychiatric records show no mention of it and I have a statement/can get more from inmates that it never occurred.

## Void Restraining Order and False Criminal Charges

I was a student at Salem State University pursuing my MBA from 2017-2019. I decided not to finish my degree due too the Universities Hostility and Agression aimed at me for complaining about there discriminatory and retaliatory behavior in regards to my Mental Disability. After threatning to file a discrimination lawsuit against SSU in the Winter of 2018, SSU president John D. Keenan spread around rumors throughout the University, my employers, and the General Public that I was trying to sleep with a woman that was married. After what seemed like a normal meeting between myself and the President of SSU, as I am leaving he walks over to his desk and picks up a single Business Card that was sitting alone on his desk and say's, "I have a wife and kids" right after looking at one side of it and then flipping it over. On one side of the Business Card was his Contact Information in English and on the other side was his Contact Information with Chinese Characters. The only woman that I liked at Salem State University was Chinese and she wasn't getting married for another 5 months. I requested the Meeting because I was starting the Pre-Contract Phase at

Mutual of Omaha which requires a lot of work/time/dedication to succeed in becoming a Financial Advisor. (I was also having some problems and wouldn't be able to complete both my MBA and start the New Position in the same Semester, and I told him that I would graduate prior to his remark at the end of the Meeting. I also needed some business referrals. (This meeting occurred in February of 2019). In June of 2019 I filed a Discrimination Complaint with the Office of Civil Rights and on the Complaint it mentioned that I previously filed an Internal Discrimination complaint with Salem State University and recieved no response from them. Also, after threatening to file a lawsuit against the University they spread around the false rumor amongst the General Public that I was "trying to sleep with a married woman" with the intention of trying to get me to committ suicide. The University was telling people that I wanted to committ suicide because I couldn't sleep with her/date her) All of this combined with being prescribed a medication that was deleted off of my chart as an Allergy prior to being ~~administered~~ prescribed it in the range of February through March. The Allergy was listed as Suicidal thoughts

but it also makes me irritable. All of this was listed on the civil rights complaint the judge had and most of it on the complaint the OCR has because it was updated. ~~At the end of~~ In April of 2019 I moved away from the University in the hope the rumors would stop but they didn't. After the filing of the Civil Rights complaint in June of 2019, Joanna Chung, the married woman that the University was saying I was trying to sleep with gets married in July, a month later. In August of 2019 after a talk with the OCR investigator I went to try and get more evidence by ~~talking going~~ to ~~the workplace of Joanna~~ Joanna Chungs workplace and to get a statement that I never tried sleeping with me and she agreed. After I told her that the University was trying to get me to commit suicide and blame it on her in a sense she went to get what she might of thought of as help. I was sectioned, put inpatient for no apparent reason and then I was released in about a week after I signed myself out.

Not too long after that a 258e HRO was filed against me by Joanna Chung.

The hearing was held at Salem District Court in front of Judge Robert Brennan. In the hearing Joanne Chung was saying that I went there to talk to her about wanting to kill myself because I couldn't sleep with her or date her. The Judge referred to my Civil Rights complaint as a Manifesto and after I told him it wasn't he said "It speaks for itself". I engaged in a protected activity by going to talk to her about a Discrimination case to get evidence to support my case. There were no instances of Harrassment and after I tried to ascertain why she went to get emergency services the judge stated she didn't have to answer that question. When I mentioned that she didn't have a case the Judge put the hearing on for 2nd call. She comes back and all of a sudden say's that I threatened to kill myself if she didn't sleep with me. The Judge said he read my complaint and should have recognized what she was doing in an attempt to help the University Retaliate and cover up an attempt to try and get me to commit suicide. Instead he ruled in her favor and said he thought she was in imminent danger of Abuse or Harassment. I stated that she lied under oathe and she cried, walked over towards

me in an attempt to hug me and a Salem State University Police officer steered her away and said to her that she can lie under oathe as long as it can't be proved. (I have a copy of the 258e HPO Recording and someone modified it prior to me recieving it from "For the Record"). The legal requirements of Qualifying the 258e HPO ruling in Joanna Chung vs. Christopher Mackey as a void judgement has been met due to Fraud upon the Court being not only Clear and Convincing, but can also be proved beyond a reasonable doubt.

From that point on I abided by the judges ruling even though everyone in that courtroom looked at the Judge in Disbelief. The Courtroom was comprised of about 20 people including several officers of the Court including ADA's. Not too long after that ruling efforts to entrap me began. Several parties including but not limited to my family, employer, police officers, and the General Public began telling me that I could basically violate the 258e HPO. I was told on practically a daily basis that I could go and see Joanna Chung, that

she wanted to help me, that she felt bad for me, that she would kill herself if I sued them University, that the University was lying to her, that it was a void restraining order, that it was fraud on the court, and that she wanted to see me etc.

After I tried calling her I went to try to talk to her twice as I was led to by several parties including Police Officers. In fact I was pulled over by one after a warrant was issued but after the first violation no arrest was made. I was told "They can't enforce it" and was let go. The 2nd time that I went to try and talk to her I decided to bring a recorder with me and parked on a side street because I thought they may be entrapping me. I recorded everything that happened and I was arrested out front of the V.A. Hospital by a V.A. Police Officer. He told me that "she wanted to see me" and then I was put inpatient. On the Police Report he put that I walked right into the Police Station and said "I am Here to talk to Joanna Chung about a Government Conspiracy". I have more than enough evidence to show that he lied despite my recording being destroyed by the inpatient facility.

10.

~~I brought~~ Before being released by the inpatient facility the psychologist asked me if I was going to violate the restraining order and I said "no I was well too". I brought a "binder" full of evidence to the Magistrate hearing that Shared evidence of Entrapment, destroyed evidence, the 258e Hearing Recording, the Civil Rights complaint etc. and nothing was left unsaid to the Magistrate. Criminal Charges were still brought forth and the Commonwealth proceeded in a Joint effort with Salem State University ~~to get me to commit suicide~~ to try and get me to committ suicide. I was thrown in Jail unlawfully and fought tooth and Nail to try and get the medications that were working on the outside and it took months. In Jail I got the Corona Virus and I was told that someone spit in my food and put cleaner in it so I wouldn't eat it/would smell it. It is documented on my medical record at the Billerica House of Corrections Jail within a few days I lost my sense of taste and smell, started getting the chills, and felt as if my lungs were filled with fluid I was wheezing.

My mental Illness got worsts and now I require a higher Dosage of Wellbutrin in addition to a mood stabilizer (a high dosage

11.

On Billerica House of Correction I was not told that I could get a prescription to the medications that I was taking in Jail on the outside until the last time that I was there back in October.

On July 29th 2020 I was arrested by several Newton Police officers enforcing a void warrant and they knew it was void. They also made up 6 counts of Assault with a dangerous weapon and I am currently incarcerated for it even though the D.A.'s office, the Jail, and probably the Judge are aware that it never occurred because they have a video of the entire incident that was recorded by my security cameras. The police officers said that I tried backing over them with my truck. Earlier that day I filed a Complaint with the Federal Court system requesting the Removal of Concord District Court charges involving the 3 counts of Violating a Harassment Prevention Order. I was told that was why they made up those criminal charges and requesting the removal of criminal charges pursuant to U.S.C 28 Chapter 89 §1443 is a protected activity. But I believe it may have been to interfere with my employability.

✳ I have Recorded evidence and Documentation of Almost every claim on here so please remove the Case ✳

Respectfully Submitted

Christopher Mackey

*[signature]*